COMMERCIAL CREDIT COMPANY, INC., *Plaintiff in Error*, v.
W. M. PARKER, *Defendant in Error*.
Opinion filed February 17, 1931.
Petition for rehearing denied March 6, 1931.

*Altman, Morrow & Cooper,* for Plaintiff in Error;

*Peterson, Carver, Langston & O'Quin,* for Defendant in Error.

930

934

Per Curiam.—The record in this cause having been considered by the Court, and the foregoing opinion prepared under Chapter 14553, Acts of 1929, adopted by the Court as its opinion, it is considered, ordered and adjudged by the Court that the judgment of the court below be, and the same is hereby, reversed and the cause is remanded with directions that a new trial be had.

Strum, C.J., and Whitfield, Ellis, Terrell, Brown and Buford, J.J., concur.